# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN LAWRIE, | CASE NO.   1:10-cv-2300-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROVIDE SUMMONS |
| v. | (ECF No. 13) |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Matthew Alan Lawrie ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Provide Summons.  (ECF No. 13.)  Plaintiff asks that the Court provide him the necessary documents to have his case served on Defendants so that the case may proceed.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from

such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named Defendants. The Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's complaint in due course.

Accordingly, Plaintiff's Motion for Court to Provide Summons is DENIED. No further action is required by Plaintiff until this case is screened by the Court.

IT IS SO ORDERED.

Dated:   May 9, 2011                           /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE