1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MATTHEW ALAN LAWRIE,                    1:10-cv-02300-GSA-PC

11          Plaintiff,                       ORDER DENYING REQUEST FOR
                                             RETURN OF EXHIBITS
12          vs.
                                             (Doc. 25.)
13   KATHLEEN ALLISON, et al.,

14          Defendants.

                                        /
15

16          Matthew Alan Lawrie ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

17   pursuant to 42 U.S.C. § 1983.  On February 22, 2012, Plaintiff filed a request for the court to return his

18   original exhibits to him.  (Doc. 25.)

19          The Eastern District of California is an electronic case management/filing district (CM/ECF).

20   Local Rule 133(a).  Attorneys must file all documents electronically, with few exceptions.  Id.  However,

21   pro se litigants generally are not permitted to utilize electronic filing and must instead submit paper

22   filings which are transformed into electronic format by the Clerk.  Local Rule 133(b).  Paper filings are

23   ultimately discarded.  Id.

24          The Clerk has custody of all electronic and paper files and records of the court.  Local Rule

25   138(a).  The Local Rules prohibit the taking of any file, record, paper, or item belonging to the files of

26   the court from the custody of the Clerk without a special order of the court and a receipt given by the

27   party obtaining it, describing it and the date of its receipt.  Id.

28                                              1

1    Plaintiff requests that his original exhibits, submitted to the court with his Motion to Reopen

2  Case, be returned to him.  Plaintiff maintains that he needs the exhibits for future claims.

3    Plaintiff's request shall be denied.  Paper filings for a case remain part of the court's official

4  record for a time period which may extend until after the case is closed.  Moreover, due to the large

5  volume of cases and documents received at this court, individual requests for return of documents are

6  not granted without a compelling reason.  Plaintiff was cautioned in the First Informational Order issued

7  on December 10, 2010 in this case, "not to send original exhibits to the court" and "to retain [his]

8  original exhibits and send photocopies to the court."  (Doc. 6 at ¶7.)  Plaintiff may obtain copies of his

9  court documents, for $ .50 per page, via a written request to the Clerk accompanied by payment for the

10  copies and a self-addressed, stamped envelope.[1]

11    Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for return of

12  his original exhibits is DENIED.

13

14    IT IS SO ORDERED.

15    **Dated:    February 27, 2012**              _____/s/ **Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26    [1] The document Plaintiff refers to, his Motion to Reopen Case, document #23 on the court record, contains 12 pages.
     Plaintiff may also obtain copies by contacting Attorney Diversified Services at 741 N. Fulton Street, Fresno, California
27   93728, 800-842-2695.

28
                                                    2