IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN LAWRIE, | 1:10-cv-02300-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR RETURN OF EXHIBITS |
| vs. | (Doc. 25.) |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Matthew Alan Lawrie ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2012, Plaintiff filed a request for the court to return his original exhibits to him. (Doc. 25.)

The Eastern District of California is an electronic case management/filing district (CM/ECF). Local Rule 133(a). Attorneys must file all documents electronically, with few exceptions. Id. However, pro se litigants generally are not permitted to utilize electronic filing and must instead submit paper filings which are transformed into electronic format by the Clerk. Local Rule 133(b). Paper filings are ultimately discarded. Id.

The Clerk has custody of all electronic and paper files and records of the court. Local Rule 138(a). The Local Rules prohibit the taking of any file, record, paper, or item belonging to the files of the court from the custody of the Clerk without a special order of the court and a receipt given by the party obtaining it, describing it and the date of its receipt. Id.

1

1  Plaintiff requests that his original exhibits, submitted to the court with his Motion to Reopen
2  Case, be returned to him.  Plaintiff maintains that he needs the exhibits for future claims.
3  Plaintiff's request shall be denied.  Paper filings for a case remain part of the court's official
4  record for a time period which may extend until after the case is closed.  Moreover, due to the large
5  volume of cases and documents received at this court, individual requests for return of documents are
6  not granted without a compelling reason.  Plaintiff was cautioned in the First Informational Order issued
7  on December 10, 2010 in this case, "not to send original exhibits to the court" and "to retain [his]
8  original exhibits and send photocopies to the court."  (Doc. 6 at ¶7.)  Plaintiff may obtain copies of his
9  court documents, for $ .50 per page, via a written request to the Clerk accompanied by payment for the
10 copies and a self-addressed, stamped envelope.[1]
11 Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for return of
12 his original exhibits is DENIED.

14 IT IS SO ORDERED.
15 Dated:   February 27, 2012                    /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE

---

26 [1] The document Plaintiff refers to, his Motion to Reopen Case, document #23 on the court record, contains 12 pages.
Plaintiff may also obtain copies by contacting Attorney Diversified Services at 741 N. Fulton Street, Fresno, California
27 93728, 800-842-2695.

28                                          2